## LATHAM v. MILLER.

*Lumpkin, P. J.*—This being a case involving questions of fact only, and there being sufficient evidence to warrant the verdict, this court will not control the discretion of the trial judge in denying a new trial.

　　　　　　　　*Judgment affirmed. All the Justices concurring.*

Argued January 12,—Decided February 22, 1897.

Complaint for land. Before Judge Lumpkin. Fulton superior court. March term, 1896.

*R. B. Blackburn*, for plaintiff.

*Simmons & Corrigan*, for defendant.

---

## WALLER v. THE STATE.

*Fish, J.*—1. There being, on the trial of an indictment for murder, evidence which, if credible, would have warranted a finding that the slayer and the deceased, upon a sudden quarrel, each being armed with a deadly weapon, mutually engaged in a mortal combat, each using his weapon and intending to kill the other therewith, it was the duty of the judge, with or without a request, to give in charge to the jury the law of voluntary manslaughter as related to the doctrine of "mutual combat"; and the omission to do so is cause for a new trial, where the accused was convicted of murder.

2. In such a case merely reading to the jury the sections of the code relating to manslaughter did not sufficiently instruct them as to the law applicable to the issues involved.

　　　　　　　　*Judgment reversed. All the Justices concurring.*

Argued February 15,—Decided February 23, 1897.

Indictment for murder. Before Judge Felton. Bibb superior court. November term, 1896.

*John R. Cooper* and *Marion Harris*, for plaintiff in error.

*J. M. Terrell*, attorney-general, and *Robert Hodges*, solicitor-general, contra.